NIKOLA SKRINJARIC, ESQ.
Nevada Bar No. 3605
8430 W. Lake Mead Blvd., Ste. 100
Las Vegas, Nevada 89128
Tel: (702) 576-9811
Fax: (702) 589-9587
ns@nvlaw.biz
Attorney for Defendant Paul Grady

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP WINGEN and KAREN WINGEN, husband and wife, and the marital community comprised thereof;<br><br>Plaintiffs,<br><br>vs.<br><br>VENTRUM ENERGY Corp., a Nevada corporation; SALT CREEK WEST DRILLING FUND, LLP, a Nevada limited liability partnership; VENTRUM LOUISIANA, LLP, a Nevada limited liability partnership; MACKEL AMERICA CORP., a Nevada corporation; NV AMERICA CORP., a Nevada corporation; ANDREW T. VAN SLEE a/k/a ANDREW SLEE, and JANE DOE VAN SLEE, a married couple, and the marital community comprised thereof; CATHERINE ELKINS and JOHN DOE ELKINS, a married couple, and the marital community comprised thereof; MARY HILL and JOHN DOE HILL, a married couple, and the marital community comprised thereof; FOSSIL ENERGY, INC., a Delaware corporation; WEST SALT CREEK, INC., a Wyoming corporation; MONTGOMERY GEORGE; PAUL GRADY and JANE DOE GRADY, a married couple, and the marital community comprised thereof; WILLIAM STURDEVANT; TARI VICKERY; SAMCO OIL, LLC, a Delaware limited liability company; BKV VENTURES, LLC, a Louisiana limited liability company; AVHAIL KOCHLANI and JANE DOE KOCHLANI, a married couple, and the marital community comprised thereof; DANIAL HASSANPOOR and JANE DOE HASSANPOOR, a married couple, and the marital community comprised thereof; KEYSTONE FINANCIAL | Case No.:   2:15-cv-02043-JCM-VCF |

MANAGEMENT, INC, a Washington corporation ; and JOHN DOES 1 THROUGH 50 INCLUSIVE,

Defendants.

## STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER

### (First Request)

Plaintiffs, by and through their attorney of record Fara Daun, Esq., and Defendant Paul Grady, by and through his attorney Nikola "Nik" Skrinjaric, Esq., hereby stipulate, agree and request that the time for the filing of Paul Grady's Answer in this action shall be extended up to, and including, December 11, 2015. The reason for the extension is a death in Defendant's counsel's family.

Dated this 2nd Day of December, 2015.

/s/ Fara Daun
Fara Daun Esq.
TOLLEFSEN LAW PLLC
2122 164th St. SW, Ste. 300
Lynnwood, WA 98087-7812
fara@tollefsenlaw.com
Atty. for Plaintiffs

/s/ Nikola Skrinjaric
Nikola Skrinjaric, Esq.
Nevada Bar No. 3605
8430 W. Lake Mead Blvd., Ste. 100
Las Vegas, NV 89128
ns@nvlaw.biz
Atty. for Defendant Paul Grady

### ORDER

It is hereby ordered that the time for Defendant Paul Grady to file his Answer shall be extended up to and including December 11, 2015.

Dated this December 2, 2015.

_____
UNITED STATES MAGISTRATE JUDGE