BAUMAN LAW FIRM
FREDERICK C. BAUMAN
(Nevada Bar No. 8370)
fred@lawbauman.com
6440 Sky Pointe Dr., Ste 140-149
Las Vegas, NV 89131
(702) 533-8372
NO FAX NUMBER

Attorney for Defendants CGrowth Capital, Inc, William M. Wright, III and Keystone Financial Management, Inc.

GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

TOLLEFSEN LAW PLLC
Fara Daun
Pro Hac Vice
fara@tollefsenlaw.com
2122 164th St. SW, Ste 300
Lynnwood, WA 98087-7812
Tel: (425) 673-0300

Attorneys for Plaintiffs Philip and Karen Wingen

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP WINGEN and KAREN WINGEN, husband and wife, and the marital community comprised thereof;<br><br>        Plaintiffs,<br><br>    vs.<br><br>VENTRUM ENERGY CORP., a Nevada corporation; SALT CREEK WEST DRILLING FUND, LLP, a Nevada limited liability partnership;  VENTRUM LOUISIANA, LLP, a Nevada limited liability partnership; MACKEL AMERICA CORP, a Nevada corporation; NV | ) **Case No.:  2:15-CV-02043-JCM-VCF**<br>) **Hon. James C. Mahan**<br>)<br>) **STIPULATION AND ORDER TO**<br>) **EXTEND TIME TO RESPOND TO**<br>) **COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AMERICA CORP., a Nevada corporation; )
ANDREWW T. VAN SLEE a/k/a ANDREW )
SLEE, and JANE DOE VAN SLEE, a married )
couple, and the marital community comprised )
thereof; CATHERINE ELKINS and JOHN DOE )
ELKINS, a married couple, and the marital )
community comprised thereof; MARY HILL )
and JOHN DOE HILL, a married couple, and )
the marital community comprised thereof; )
FOSSIL ENERGY, INC., a Delaware )
corporation; WEST SALT CREEK, INC., a )
Wyoming corporation; MONTGOMERY )
GEORGE; PAUL GRADY and JANE DOE )
GRADY, a married couple, and the marital )
community comprised thereof; WILLIAM )
STURDEVANT; TARI VICKERY; SAMCO )
OIL, LLC, a Delaware limited liability company; )
BKV VENTURES, LLC, a Louisiana limited )
liability company; AVIHAIL KOCHLANI and )
JANE DOE KOCHLANI, a married couple, and )
marital community comprised thereof; )
CGROWTH CAPITAL, INC., a Delaware )
corporation; WILLIAM M. WRIGHT, III and )
JANE DOE WRIGHT, a married couple, and the )
marital community comprised thereof; )
 KEYSTONE FINANCIAL MANAGEMENT, )
INC., a Washington corporation and JOHN DOES )
THROUGH 50 INCLUSIVE; )
　　　　　　　Defendants )
　　　　　　　　　　　　　　　　　　　 )

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
(**First Request**)

WHEREAS, Defendants CGrowth Capital, Inc., William M. Wright, III and Keystone Financial Management, Inc. (collectively referred to herein as the "CGrowth Defendants") were served with the Summons and Complaint in this action on November 13, 2015;

WHEREAS, the deadline for the CGrowth Defendants to respond to the Complaint is December 3, 2015; and

WHEREAS, the CGrowth Defendants retained Nevada counsel to represent them on

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

December 2, 2015 and said counsel requires time to review the Complaint and prepare an Answer or other response thereto;

  IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel of record, and subject to the Court's approval, that:

1. The CGrowth Defendants shall be given an additional 21 days to answer or otherwise respond to the Complaint; the CGrowth Defendants will file an answer or other response to the Complaint on or before December 24, 2015.

DATED:  December __2__, 2015  BAUMAN LAW FIRM

By__Frederick C. Bauman_____
Frederick C. Bauman, Bar No. 8370
fred@lawbauman.com
6440 Sky Pointe Dr., Ste 140-149
Las Vegas, NV 89131
(702) 533-8372
NO FAX NUMBER

Attorney for Defendants CGrowth Capital, Inc, William M. Wright, III and Keystone Financial Management, Inc.

DATED:  December 2, 2015  TOLLEFSEN LAW PLLC

By_____
Fara Daun, Pro Hac Vice, WA Bar No.27306
Email: fara@tollefsenlaw.com
2122 164th St. SW, Ste 300
Lynnwood, WA 98087-7812
Tel: (425) 673-0300

Dylan T. Ciciliano, Bar No. 12348
GARMAN TURNER GORDON LLP
Email: dciciliano@gtg.legal
650 White Drive, Ste 100
Las Vegas, NV 89119
Tel: (725) 777-3000

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Fax: (725) 777-3112

Attorneys for Plaintiffs Phillip and Karen Wingen

**IT IS SO ORDERED:**

Date: _____December 3, 2015_____        _____

Cam Ferenbach, U.S. Magistrate Judge