1  KATHRIN ELKINS
   katelkins743@gmail.com
2  7866 S. Miller Ln.
   Las Vegas, NV 89113
3  (702) 460-4291
   NO FAX NUMBER
4
   Defendant *Pro Se*
5
   TOLLEFSEN LAW PLLC
6  Fara Daun
   Pro Hac Vice
7  fara@tollefsenlaw.com
   2122 164th St. SW, Ste 300
8  Lynnwood, WA 98087-7812
   Tel: (425) 673-0300
9
   GARMAN TURNER GORDON LLP
10 DYLAN T. CICILIANO
   Nevada Bar No. 12348
11 Email: dciciliano@gtg.legal
   650 White Drive, Suite 100
12 Las Vegas, NV 89119
   Tel: (725) 777-3000
13 Fax: (725) 777-3112

14 Attorneys for Plaintiffs Philip and Karen Wingen

```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         DEC  8  2015

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                 BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP WINGEN and KAREN WINGEN, husband and wife, and the marital community comprised thereof;<br><br>        Plaintiffs,<br><br>   vs.<br><br>VENTRUM ENERGY CORP., a Nevada corporation; SALT CREEK WEST DRILLING FUND, LLP, a Nevada limited liability partnership; VENTRUM LOUISIANA, LLP, a Nevada limited liability partnership; MACKEL AMERICA CORP, a Nevada corporation; NV AMERICA CORP., a Nevada corporation; ANDREWW T. VAN SLEE a/k/a ANDREW SLEE, and JANE DOE VAN SLEE, a married couple, and the marital community comprised | Case No.: 2:15-CV-02043-JCM-VCF<br>Hon. James C. Mahan<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

- 1 -
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

thereof; CATHERINE ELKINS and JOHN DOE ELKINS, a married couple, and the marital community comprised thereof; MARY HILL and JOHN DOE HILL, a married couple, and the marital community comprised thereof; FOSSIL ENERGY, INC., a Delaware corporation; WEST SALT CREEK, INC., a Wyoming corporation; MONTGOMERY GEORGE; PAUL GRADY and JANE DOE GRADY, a married couple, and the marital community comprised thereof; WILLIAM STURDEVANT; TARI VICKERY; SAMCO OIL, LLC, a Delaware limited liability company; BKV VENTURES, LLC, a Louisiana limited liability company; AVIHAIL KOCHLANI and JANE DOE KOCHLANI, a married couple, and marital community comprised thereof; CGROWTH CAPITAL, INC., a Delaware corporation; WILLIAM M. WRIGHT, III and JANE DOE WRIGHT, a married couple, and the marital community comprised thereof; KEYSTONE FINANCIAL MANAGEMENT, INC., a Washington corporation and JOHN DOES THROUGH 50 INCLUSIVE;
         Defendants

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

### (FIRST REQUEST)

WHEREAS, Defendant Kathrin Elkins, *pro se*, was served with the Summons and Complaint in this action on November 15, 2015;

WHEREAS, the deadline for Kathrin Elkins to respond to the Complaint is December 7, 2015; and

WHEREAS, Kathrin Elkins is representing herself and needs additional time to review the Complaint and prepare an Answer or other response thereto;

IT IS HEREBY STIPULATED by and between Kathrin Elkins and the Plaintiffs, through their undersigned counsel of record, and subject to the Court's approval, that:

1. Kathrin Elkins shall be given an additional 24 days to answer or otherwise respond to the Complaint; Kathrin Elkins will file an answer or other response to the Complaint on or before December 31, 2015.

DATED: December 7, 2015

Kathrin Elkins

By _____
Kathrin Elkins, Defendant *Pro Se*
katelkins743@gmail.com
7866 S. Miller Ln.
Las Vegas, NV 89113
(702) 460-4291
NO FAX NUMBER

DATED: December 7, 2015

TOLLEFSEN LAW PLLC

By _____
Fara Daun, Pro Hac Vice
Email: fara@tollefsenlaw.com
2122 164th St, SW, Ste 300
Lynwood, WA 98087-7812
Tel: (425) 673-0300

GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

Attorneys for Plaintiffs Phillip and Karen Wingen

**IT IS SO ORDERED:**

Date: December 9, 2015
_____
~~Hon. James C. Mahan, U.S. District Judge~~
Cam Ferenbach, U.S. Magistrate Judge

- 3 -
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT