# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

PHILLIP WINGEN; *et. al.*,

    Plaintiffs,

vs.

VENTRUM ENERGY CORP.; *et.al.*,

    Defendants.

Case No. 2:15–cv–2043–JCM–VCF

**ORDER**

*EX PARTE* MOTION TO EXTEND TIME TO SERVE SUMMONS (DOC. #76)

Before the court is Wingen's *Ex Parte* Motion to Extend Time to Serve Summons (Doc. #76). For the reasons stated below, Wingen's *ex parte* motion is denied.

## I. DISCUSSION

"Motions, applications or requests may be submitted *ex parte* only for compelling reasons, and not for unopposed or emergency motions." LR 7-5(c). "All *ex parte* motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." LR 7-5(b). Wingen's declaration explains his unsuccessful efforts to serve Defendants, but does not establish good cause why the instant motion must be heard *ex parte*.[1] (Doc. #77).

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Wingen's *Ex Parte* Motion to Extend Time to Serve Summons

/// /// ///

/// /// ///

---

[1] As of January 28, 2016, Defendants Paul Grady, Montgomery George, William M. Wright III, Keystone Financial Management, Inc., and CGrowth Capital, Inc. have appeared in this action and filed answers.

(Doc. #76) is DENIED, without prejudice to refile with proper notice and an opportunity to be heard by all parties that may be affected by the remedy.

DATED this 28th day of January, 2016.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE