# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

PHILIP WINGEN, *et al.*,

        Plaintiffs,

vs.

VENTRUM ENERGY CORP., *et al.*,

        Defendants.

2:15-cv-02043-JCM-VCF

**ORDER**

    Before the Court is the Joint Rule 26(f) Report and Proposed Discovery Plan Scheduling Order (ECF No. 128).

    IT IS HEREBY ORDERED that a discovery hearing on the Joint Rule 26(f) Report and Proposed Discovery Plan Scheduling Order (ECF No. 128) is scheduled for 1:00 PM, July 7, 2017, in Courtroom 3D.

    DATED this 3rd day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE