1  STELLAR PACIFIC BUSINESS LAW PLLC
   Fara Daun
2  Pro Hac Vice
   fara@stellarpacificlaw.com
3  202 164th St. SW, #215
   Lynnwood, WA 98087
4  Tel: (206) 794-7280

5  GARMAN TURNER GORDON LLP
   DYLAN T. CICILIANO
6  Nevada Bar No. 12348
   Email: dciciliano@gtg.legal
7  650 White Drive, Suite 100
   Las Vegas, NV 89119
8  Tel: (725) 777-3000
   Fax: (725) 777-3112
9
   Attorneys for Plaintiffs Philip and Karen Wingen
10

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              SEP   7  2017

          CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
       BY:_____DEPUTY
```

11

12                    UNITED STATES DISTRICT COURT

13                        DISTRICT OF NEVADA          ORDER

14  PHILIP WINGEN, et al.

15                Plaintiffs,          Case No. 2:15-cv-02043-JCM-(VCF)

16  v.
                                       PLAINTIFFS' UNOPPOSED MOTION
17  VENTRUM ENERGY CORP., et al.        AND ORDER TO EXTEND TIME TO FILE
                                       RESPONSE AND REPLY TO
18                Defendants.           DEFENDANTS' MOTION FOR
                                       JUDGMENT ON THE PLEADINGS AND
19                                     MOTION FOR JOINDER TO MOTION
                                       FOR JUDGEMENT ON THE PLEADINGS
20                                     (First Request)

21

22        Plaintiffs, by and through their attorney of record Fara Daun of Stellar Pacific Business

23  Law, PLLC; hereby request that the time for the filing of Plaintiff's response to Defendants'

    Motion for Judgment on the Pleadings and Defendants' motion for Joinder to the Motion for
24
    Judgement on the be extended to September 11, 2017 and that the date for Defendants' replies
25

                                           1

1 | be extended to September 21, 2017. The reason for the request for extension is Plaintiffs'

2 | attorney's travel schedule.

3 |       Neither Defendants CGrowth Capital, Inc., William M. Wright, III, and Keystone

4 | Financial Management, Inc. ("CGrowth Defendants") by and through their attorney of Record,

5 | Eryn Karpinski Hoerster of Garvey Schubert Barer; nor Defendants Fossil Energy Inc., West

6 | Salt Creek, Inc., Montgomery George, Paul Grady, William Sturdevant, and Tari Vickery by

7 | and through their attorney of Record, Nik Skrinjaric oppose the motion, provided that their

8 | deadline for reply is extended until September 21, 2017.

9 |       This extension does not affect the overall schedule set by this Court.

10 |

11 | Dated this 6th Day of September, 2017.

12 |

13 | */s/ Fara Daun*
STELLAR PACIFIC BUSINESS LAW PLLC
Fara Daun, *Pro Hac Vice*

14 | 202 164th St. SW, #215
Lynnwood, WA 98087

15 | Tel: (206) 794-7280
Email: fara@stellarpacificlaw.com

16 |

17 |

18 | ORDER

19 | It is hereby ordered that the times for Response and Reply to the Motion for Judgment on the

20 | Pleadings and Motion for Joinder to the Judgment on the Pleadings are extended as follows:

21 |       Plaintiffs' Response shall be due September 11, 2017;

22 |       Defendants' Reply shall be due September 21, 2017.

23 |

24 | Dated: 9/7/2017            _____
           UNITED STATES DISTRICT JUDGE/MAGISTRATE

25 |

                    CAM FERENBACH
                    U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify on this 6th day of September, 2017, I caused a copy of this Plaintiffs' Unopposed Motion and Order to Extend Time to File Response and Reply to Defendants' Motion for Judgment on the Pleadings and Motion for Joinder to Motion for Judgement on the Pleadings to be served via ECF on all counsel of record and upon the following via US Mail:

Kathrin Elkins
8766 S. Miller Lane
Las Vegas, NV 89113

Avihail Kochlani
5855 Shirley Avenue
Tarzana, CA 91356

Daniel Hassanpoor
2314 Kaliste Saloom Road, Apt 1910
LaFayette, LA 70508-6840

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Executed this 16th day of March, 2017, in Lynnwood, Washington.

STELLAR PACIFIC BUSINESS LAW PLLC


*/s/ Fara Daun*

Fara Daun, *Pro Hac Vice*
Email: fara@stellarpacificlaw.com
202 164th St. SW, # 215
Lynnwood, WA 98087
Tel: (206) 794-7280

Of Attorneys for Plaintiffs Phillip and Karen Wingen