| | |
|---|---|
| 1 | BAUMAN LAW FIRM |
| | Frederick C. Bauman (Nev. Bar No. 8370) |
| 2 | 6640 Sky Pointe Dr., Ste 140-149 |
| | Las Vegas, NV 89131 |
| 3 | Telephone: (702) 533-8372 |
| | Facsimile: No Fax Number |
| 4 | Email: fred@lawbauman.com |
| 5 | GARVEY SCHUBERT BARER |
| | Gary I. Grenley (*Pro Hac Vice*) |
| 6 | Eryn Karpinski Hoerster (*Pro Hac Vice*) |
| | 121 SW Morrison Street, 11th Floor |
| 7 | Portland, Oregon 97204-3141 |
| | Telephone: (503) 228-3939 |
| 8 | Facsimile: (503) 226-0259 |
| | Email: ggrenley@gsblaw.com |
| 9 | ehoerster@gsblaw.com |

Attorneys for CGrowth Capital, Inc., William M. Wright, III, and Keystone Financial Management, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP WINGEN, et al., | Case No. 2:15-cv-02043-JCM-VCF |
| Plaintiffs, | **MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR CGROWTH CAPITAL, INC., WILLIAM M. WRIGHT, III, AND KEYSTONE FINANCIAL MANAGEMENT, INC.** |
| v. | |
| VENTRUM ENERGY CORP., et al., | |
| Defendants. | |

COMES NOW Gary I. Grenley and Eryn Karpinski Hoerster of the law firm of Garvey Schubert Barer and hereby moves to withdraw as attorneys for Defendants CGrowth Capital, Inc., Keystone Financial Management, Inc., and William M. Wright, III ("Defendants") in the above-captioned matter.

This motion is made and based upon the papers and pleadings on file herein, the following points and authorities, and Declaration of Eryn Karpinski Hoerster attached hereto.

////

- 1 -

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR CGROWTH CAPITAL, INC., WILLIAM M. WRIGHT, III, AND KEYSTONE FINANCIAL MANAGEMENT, INC.

The Defendants will continue to be represented by attorney of record Frederick C. Bauman.

Dated: March 9, 2018                    GARVEY SCHUBERT BARER

By: */s/* Eryn Karpinski Hoerster
Gary I. Grenley (Pro Hac Vice)
Eryn Karpinski Hoerster (Pro Hac Vice)
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141
Telephone:(503) 228-3939
Facsimile: (503) 226-0259
Email: ggrenley@gsblaw.com
ehoerster@gsblaw.com

Attorneys for CGrowth Capital, Inc., Keystone Financial Management, Inc., and William M. Wright, III

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2018

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court should grant Garvey Schubert Barer's application to withdraw as attorneys of record for Defendants CGrowth Capital, Inc., Keystone Financial Management, Inc. and William M. Wright, III pursuant to the Nevada Rules of Professional Conduct ("NRPC") 1.16 and LR IA 11-6. As set forth in the Declaration of Eryn Karpinski Hoerster attached hereto, notice of Garvey Schubert Barer's motion to Withdraw was mailed to Plaintiffs and all Defendants on March 9, 2018, and Garvey Schubert Barer has good cause to withdraw.

NPRC 1.16 provides, in pertinent part, that a lawyer may withdraw from representation where:

(1) Withdrawal can be accomplished without material adverse effect on the interests of the client;

. . .

(6) The representation will result in unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(7) Other good cause exists for withdrawal.

NRPC 1.16(b).

The attached Declaration of Eryn Karpinski Hoerster is incorporated herein by reference and establishes that good cause exists for the withdrawal of Garvey Schubert Barer as counsel for Defendants, and that the withdrawal can be accomplished without adversely affecting the interest of the clients.

WHEREFORE, the undersigned respectfully requests that this court enter an order approving the withdrawal of Garvey Schubert Barer as attorneys of record for Defendants, and for such other and further relief as the Court deems just and proper.

Dated: March 9, 2018        GARVEY SCHUBERT BARER

By: */s/* Eryn Karpinski Hoerster
Gary I. Grenley (Pro Hac Vice)
Eryn Karpinski Hoerster (Pro Hac Vice)
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141
Telephone:(503) 228-3939
Facsimile: (503) 226-0259
Email: ggrenley@gsblaw.com
ehoerster@gsblaw.com

Attorneys for CGrowth Capital, Inc., Keystone Financial Management, Inc., and William M. Wright, III

////

////

- 3 -

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR CGROWTH CAPITAL, INC., WILLIAM M. WRIGHT, III, AND KEYSTONE FINANCIAL MANAGEMENT, INC.

## DECLARATION OF ERYN KARPINSKI HOERSTER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

I, Eryn Karpinski Hoerster, declare in support of this Motion to Withdraw as Attorney of Record:

1. I am an attorney admitted *pro hac vice*, I am a principal in the law firm of Garvey Schubert Barer, and am one of the attorneys of record for Defendants in the instant matter.

2. I make this declaration in support of the Motion to Withdraw as Attorneys of Record in the matter styled *Philip Wingen, et al. v. Ventrum Energy Corp., et al.,* filed in the United States District Court, District of Nevada, Case No. 2:15-cv-02043-JCM-VCF.

3. On or about April 21, 2017, Defendants entered into an engagement agreement with Garvey Schubert Barer in which Garvey Schubert Barer has represented Defendants in this action pursuant to its terms.

4. Garvey Schubert Barer has performed its obligations as counsel for Defendants in a skillful and diligent manner. Defendants have failed to meet substantial obligations owed to Garvey Schubert Barer. These failures require Garvey Schubert Barer to withdrawal as counsel. This Motion is brought in good faith and not for purposes of any delay.

5. Defendants will continue to be represented by Nevada counsel, Mr. Frederick C. Bauman, whose address is 6640 Sky Pointe Dr., Ste 140-149, Las Vegas, NV 89131, and Telephone number (702) 533-8372.

6. Defendants were provided notice of Garvey Schubert Barer's intent to file the Motion to Withdraw on February 28, 2018. Prior to that, Garvey Schubert Barer notified Defendants on February 16, 2018, that financial obligations would need to be brought current for Garvey Schubert Barer to continue representation.

7. I declare under penalty of perjury of the laws of the State of Oregon that the foregoing is true and correct.

Executed this 9th day of March, 2018.

/s/ Eryn Karpinski Hoerster
Eryn Karpinski Hoerster

- 4 -

MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR CGROWTH CAPITAL, INC., WILLIAM M. WRIGHT, III, AND KEYSTONE FINANCIAL MANAGEMENT, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR CGROWTH CAPITAL, INC., WILLIAM M. WRIGHT, III, AND KEYSTONE FINANCIAL MANAGEMENT, INC.** on all counsel of record by the following indicated method or methods on the date set forth below:

<u>Via Electronic Court Filing:</u>

Dylan T. Ciciliano
Garman Turner Gordon LLP
650 White Drive
Suite 101
Las Vegas, NV 89119
Email: dciciliano@gtg.legal

Nik Skrinjaric
Nik Skrinjaric Attorney at Law
8430 West Lake Mead Blvd., Ste. 100
Las Vegas, NV 89128
Email: ns@nvlaw.biz

Fara Daun
Stellar Pacific Business Law PLLC
9505 19th Ave. SE, Suite 109
Everett, WA 98208
Email: fara@stellarpacificlaw.com

Frederick C Bauman
Bauman & Associates
5595 Egan Crest Dr.
Las Vegas, NV 89149
Email: fred@lawbauman.com

<u>Via United States First Class Mail:</u>

Avihail Kochlani
5855 Shirley Avenue
Tarzana, CA 91356

Catherine Elkins
7866 S. Miller Lane
Las Vegas, NV 89113

DATED this 9th day of March, 2018.

*/s/* Eryn Karpinski Hoerster
Eryn Karpinski Hoerster
(admitted *Pro Hac Vice*)

GSB:9317067.1