STELLAR PACIFIC BUSINESS LAW PLLC
Fara Daun
Pro Hac Vice
fara@stellarpacificlaw.com
9505 19th Ave. SE, Ste. 109
Everett, WA 98208
Tel: (206) 794-7280

GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

Attorneys for Plaintiffs Philip and Karen Wingen

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP WINGEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VENTRUM ENERGY CORP., et al.<br><br>Defendants. | Case No. 2:15-cv-02043-JCM-(VCF)<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO FILE THE JOINT PRE-TRIAL ORDER**<br>**(First Request)**<br>**AND ORDER** |

**JOINT REQUEST FOR EXTENION OF TIME TO FILE JOINT PRE-TRIAL ORDER**
**(First Request)**

WHEREAS the Discovery Plan and Scheduling Order in this matter (ECF No. 134) requires the parties to file a Joint Pretrial Order within "30 days after the decision of the dispositive motions or until further order of the Court" (*Id.* at 2:2-3); and

WHEREAS Defendants Fossil Energy, Inc.; West Salt Creek, Inc.; Montgomery George, Paul Grady, William Sturdevant, and Tari Vickery ("Fossil Defendants") by and through their attorney Nikola Skrinjaric, Esq., filed a Motion for Summary Judgment on May 2, 2018, which

1

1 | Plaintiffs opposed and to which Opposition the Fossil Defendants Replied on June 7, 2018; and

2 |     WHEREAS the Court entered its decision in the Fossil Defendants' Motion for Summary Judgment on November 16, 2018; making the due date for the Joint Pretrial Order December 17, 2018;

    WHEREAS, Counsel for the Fossil Defendants, Nikola Skinjaric is unavailable and will be out of the country until December 10. 2018 which plans were made before the filing of the Court's decision on November 16, 2018; and

    WHEREAS, Counsel *pro hac vice* for the Plaintiffs is getting married December 9, 2018 and will be unavailable the week of December 10-14, 2018 and the plans for the wedding were set before the filing of the Court's decision on November 16, 2018; and

    WHEREAS, all other parties have either been dismissed or are subject to a clerk's default and no other party will be participating in crafting the Joint Pretrial Order;

    NOW THEREFORE, Plaintiffs and the Fossil Defendants, by and through their counsels, jointly request that the Court extend the deadline for filing the Joint Pretrial Order until January 3, 2019.

    Dated this 26th day of November, 2018.

| | |
|---|---|
| */s/ Fara Daun* | */s/ Nikola Skrinjaric* |
| STELLAR PACIFIC BUSINESS LAW PLLC | Nevada Bar No. 3605 |
| Fara Daun, *Pro Hac Vice* | 8430 W. Lake Mead Blvd., Ste. 100 |
| 9505 19th Ave. SE, Suite 109 | Las Vegas, Nevada 89128 |
| Everett, WA 98208 | Tel: (702) 576-9811 |
| Tel: (206) 794-7280 | Fax: (702) 589-9587 |
| Email: fara@stellarpacificlaw.com | ns@nvlaw.biz |
| | |
| Dylan T. Ciciliano | Attorney for Defendants, Paul Grady, Montgomery George, Fossil Energy, Inc., West Salt Creek, Inc., William Sturdevant, and Tari Vickery |
| GARMAN TURNER GORDON LLP | |
| Nevada Bar No. 12348 | |
| Email: dciciliano@gtg.legal | |
| 650 White Drive, Suite 100 | |
| Las Vegas, NV 89119 | |
| Tel: (725) 777-3000 | |
| Fax: (725) 777-3112 | |

Attorneys for Plaintiffs Phillip and Karen Wingen

**ORDER**

It is hereby ordered that the time for the Parties to file the Joint Pre-Trial Order shall be extended up to and including January 3, 2019.

Dated this <u>27th</u> day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify on this 26rd day of November, 2018, I caused a copy of this Joint Request For Extension Of Time To File Joint Pretrial Order and Order to be served via ECF on all counsel of record.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Executed this 26th day of November, 2018, in Lynnwood, Washington.

STELLAR PACIFIC BUSINESS LAW PLLC

By /s/ *Fara Daun*
Fara Daun, *Pro Hac Vice*
Email: fara@stellarpacificlaw.com
202 164th St. SW, # 215
Lynnwood, WA 98087
Tel: (206) 794-7280

Of Attorneys for Plaintiffs Phillip and Karen Wingen