STELLAR PACIFIC BUSINESS LAW PLLC
Fara Daun
*Pro Hac Vice*
Email: fara@stellarpacificlaw.com
16824 44th Ave. W., Suite 130
Lynnwood, WA 98037
Tel: (206) 794-7280

GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

Attorneys for Plaintiffs Philip and Karen Wingen

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP WINGEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VENTRUM ENERGY CORP., et al.<br><br>Defendants. | Case No. 2:15-cv-02043-JCM-(VCF)<br><br>**PLAINTIFFS' MOTION TO CONTINUE TRIAL AND CALENDAR CALL**<br>**(Plaintiffs' Second Request)** |

COME NOW Plaintiffs Phillip Wingen and Karen Wingen (the "Wingens") and hereby move that the trial in this case currently scheduled to begin on November 18, 2019 and the corresponding calendar call, currently scheduled for November 13, 2019, be continued. This Motion is made and based upon all of the papers and pleadings on file herein as well as the following Points and Authorities.

/ / /

1

**POINTS AND AUTHORITIES**

On January 9, 2019, the parties herein submitted their proposed Joint Pretrial Order which stipulated to a bench trial and included proposed dates for trial of May 6, 13, and 20. (ECF No. 162.) The Court entered a June 3, 2019 Trial date and a May 29, 2019 Calendar Call. (ECF No. 163.)

On March 8, 2019, the Fossil Defendants filed a Motion to Continue Trial and Calendar Call (ECF No. 166) due to longstanding plans by Fossil's Council to be out of the country from June 2, 2019 to June 23, 2019.  On April 15, 2019, Plaintiffs filed a Notice of Non Opposition. (ECF No. 168). On April 19, 2019, the Court granted the Motion and Ordered the trial to be set for July 29, 2019 on the stacked calendar with a Calendar Call on July 24, 2019.

On June 7, 2019 Plaintiffs and the Fossil Defendants filed a Stipulation and Order for Dismissal with Prejudice of Defendants Montgomery George; Paul Grady and Jane Doe Grady; William Sturdevant; Tari Vickery; Fossil Energy, Inc., and West Salt Creek, Inc. This Court entered the Order dismissing the Fossil Defendants on June 12, 2019. (ECF No. 171.)

Following the dismissal of the Fossil Defendants, all of the defendants in the case have either been dismissed or have defaulted as follows:

| Defendant | Clerk's Default Entered | ECF No. |
|---|---|---|
| Ventrum Energy Inc. | February 1, 2016 | ECF No. 89 |
| Salt Creek West Drilling Fund, LLP | February 1, 2016 | ECF No. 89 |
| Ventrum Louisiana, LLP | February 1, 2016 | ECF No. 89 |
| Mackel America Corp. | February 1, 2016 | ECF No. 89 |
| NV America Corp. | February 1, 2016 | ECF No. 89 |
| Andrew T. Van Slee (aka Andrew Slee) | April 1, 2016 | ECF No. 100 |
| Mary Hill | July 10, 2017 | ECF No. 133 |
| Danial Hassanpoor | March 7, 2019 | ECF No. 165 |

| Defendant | Dismissal Ordered | ECF No. |
|---|---|---|
| CGrowth Capital, Inc. | March 30, 2018 | ECF No.146 |
| Keystone Financial Management, Inc. | March 30, 2018 | ECF No.146 |
| William M. Wright, III | March 30, 2018 | ECF No.146 |
| Jane Doe Wright | March 30, 2018 | ECF No.146 |
| Kathrin (Catherin) Elkins | May 4, 2018 | ECF No. 154 |
| John Doe Elkins | May 4, 2018 | ECF No. 154 |
| Samco Oil, LLC | May 4, 2018 | ECF No. 154 |
| BKV Ventures, LLC | May 4, 2018 | ECF No. 154 |
| Doe Defendants 1-50 | May 4, 2018 | ECF No. 154 |
| Avihail Kochlani | May 23, 2018 | ECF No. 156 |
| Tami (Jane Doe) Kochlani | May 23, 2018 | ECF No. 156 |
| Fossil Energy, Inc. | June 12, 2019 | ECF No. 171 |
| West Salt Creek, Inc. | June 12, 2019 | ECF No. 171 |
| Montgomery George | June 12, 2019 | ECF No. 171 |
| Paul Grady | June 12, 2019 | ECF No. 171 |
| Jane Doe Grady | June 12, 2019 | ECF No. 171 |
| William Sturdevant | June 12, 2019 | ECF No. 171 |
| Tari Vickery | June 12, 2019 | ECF No. 171 |

Because the CGrowth Defendants were dismissed for lack of jurisdiction, their crossclaim against Ventrum Energy Corp. ended with the end of their participation in the case.

Plaintiffs have filed a consolidated Motion for Default Judgment against the eight defendants subject to Clerk's Defaults (ECF # 176) but the court has not had opportunity to issue an order. Because the Defendants against whom a Default Judgment is sought are the only remaining defendants, Plaintiffs request that the court continue the trial date and associated

calendar call in this action.

## CONCLUSION

Based on the foregoing, the trial date and associated calendar call in this action should be continued.

Executed this 12th day of November, 2019, in Lynnwood, Washington.

    STELLAR PACIFIC BUSINESS LAW PLLC

By /s/ Fara Daun
FARA DAUN, Pro Hac Vice
16824 44th Ave. W., Suite 130
Lynnwood, WA 98037
Tel: (206) 794-7280

GARMAN TURNER GORDON LLP

By /s/ Dylan T. Ciciliano
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

Of Attorneys for Plaintiffs Phillip and Karen Wingen

## ORDER

IT IS HEREBY ORDERED, that the case is set for a ~~court/bench~~ jury trial on the ~~fixed~~/stacked calendar on March 9, 2020 at 9:00 am. Calendar call will be held on March 4, 2020 at 1:30 pm.

Dated November 13, 2019.

_____
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 12th day of November, 2019, I caused a true and correct copy of the foregoing PLAINTIFFS' MOTION TO CONTINUE TRIAL AND CALENDAR CALL (Plaintiff's Second Request) to be served via the court electronic service/ECF system on all attorneys of record.

By */s/ Anna Diallo*
An employee of
GARMAN TURNER GORDON LLP