GARMAN TURNER GORDON LLP
DYLAN T. CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
650 White Drive, Suite 100
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

STELLAR PACIFIC BUSINESS LAW PLLC
Fara Daun
*Pro Hac Vice*
Email: fara@stellarpacificlaw.com
16824 44th Ave. W., Suite 130
Lynnwood, WA 98037
Tel: (206) 794-7280

Attorneys for Plaintiffs Philip and Karen Wingen

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP WINGEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VENTRUM ENERGY CORP., et al.<br><br>Defendants. | Case No. 2:15-cv-02043-JCM-(VCF)<br><br>**JUDGMENT** |

The matter came before the Court on the Motion for Default Judgment of the Plaintiffs Phillip and Karen Wingen's ("Plaintiffs") against Defendants Ventrum Energy Corp., Salt Creek West Drilling Fund, LLP, Ventrum Louisiana LLP, Mackel America Corp., NV America Corp., Andrew T. Van Slee, Mary E. Hill, and Danial Hassanpoor. (ECF No. 176.) The Court subsequently GRANTED Plaintiffs' motion. (ECF No. 181.) Therefore, for good cause shown:

/ / /

/ / /

/ / /



Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that Plaintiffs Phillip and Karen Wingen, recover, jointly and severally from Defendants Ventrum Energy Corp., Salt Creek West Drilling Fund, LLP, Ventrum Louisiana LLP, Mackel America Corp., NV America Corp., Andrew T. Van Slee, Mary E. Hill, and Danial Hassanpoor, as follows:

(1) In the principal amount of ONE MILLION, SEVEN HUNDRED AND EIGHTY-TWO THOUSAND, TWO HUNDRED AND FIFTY-EIGHT DOLLARS AND NO CENTS ($1,782,258);

(2) Pre-judgment interest accrued from the date of the filing of the Complaint, on October 22, 2015 until November 13, 2019, at the statutory rate provided by 28 U.S.C. § 1961; and

(3) Post-judgment interest accruing at the rate provided by 28 U.S.C. § 1961 from November 13, 2019, until the total judgment, including interest, is satisfied.

This Order shall constitute a final judgment upon entry by the Clerk of the Court.

Dated: December 5, 2019.

James C. Mahan
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000